UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAQUELYN ANDRADE DE CHAVEZ,

                 Plaintiff,

    v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

CASE NO. C20-455 TSZ

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 1st day of April, 2020.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1